No. 1359. WHEELER v. LYKES BROS. STEAMSHIP Co., INC., ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 1386. CHICAGO HOUSING AUTHORITY ET AL. v. GAUTREAUX ET AL. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.